CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NUMBER: 09-11342                                        DIVISION " "

SECTION 10

ROSELLE JONES

VERSUS

CHUBB & SON, INC., AND FEDERAL INSURANCE COMPANY

FILED:_____                    _____
                                          DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT COMES,

ROSELLE JONES ("petitioner") a person of full legal age and majority domiciled in the parish of St. Tammany, State of Louisiana who represents;

I.

Made Defendants herein are:

    A.    CHUBB & SON, INC., ("Chubb") a foreign insurance company authorized to do and doing business in the State of Louisiana, with the CT Corporation System, Baton Rouge, as its agent upon whom citation and service are to be made; and

    B.    FEDERAL INSURANCE COMPANY, ("Federal") a foreign insurance company authorized to do and doing business in the State of Louisiana, with the Secretary of State of the State of Louisiana as its agent upon whom citation and service are to be made.

II.

On or about July 15, 2008 petitioner renewed a one year home owners insurance policy, policy number: 12935238-01 with the above defendants.

III.

The aforementioned policy provided complete insurance coverage, including fire coverage to two homes belonging to the petitioner. Of importance to this suit, was the residence located at 1817 Napoleon Avenue., New Orleans, Louisiana.

IV.

On or about October 24, 2008, the home located at 1817 Napoleon Avenue, New Orleans, Louisiana, caught fire and was totally destroyed. Nothing remained except for charred debris.



EXHIBIT A

1

V.

At the time of the casualty the aforementioned home owners policy was in full force and effect by virtue of the payment of premiums and otherwise.

VI.

Within days of the casualty, Petitioner made an insurance claim with the defendants.

VI.

In accordance with Louisiana State law, as well as the insurance policy itself, defendants' had a duty to investigate and settle this claim in an expeditious manner.

VII.

It has been a year to date and defendants' have not settled this claim.

VII.

Defendants', Chubb and Federal are therefore liable in solido unto petitioner for the damages and losses sustained by petitioner.

VIII.

Petitioner, is therefore entitled to recover damages for the items set forth above in such amounts as are reasonable in the premises.

**WHEREFORE**, petitioner prays:

1. That certified copies of this petition, together with citation, be issued and served according to law on the defendants;

    (a) CHUBB & SON, INC., by and through its registered agent, CT Corporation System, 5615 Corporate Blvd., Ste., 400B, Baton Rouge, Louisiana, 70808; and

    (b) FEDERAL INSURANCE COMPANY, by and through the Secretary of State of the State of Louisiana, its authorized agent for service of process;

2. After the lapse of all legal delays and proceedings and, there be judgment against Defendants, in solido, in favor of Petitioners, in such amounts as are reasonable in the premises.

3. For legal interest from date of judicial demand on all amounts awarded, and for all costs of these proceedings; and

4. For all necessary orders and decrees as may be required or proper in the premises and for full, general and equitable relief.

Respectfully Submitted:

*[signature]*

ROBERT C. MARTELL #28396
MARTELL & ASSOCIATES, LLC
938 Lafayette Street, Ste. 240
New Orleans, Louisiana 70113
Telephone: (504) 581-1702
Facsimile: (504) 581-1705
ATTORNEYS FOR
ROSELLE JONES

PLEASE SERVE DEFENDANTS:

CHUBB & SON, INC.
Through its registered agent
CT Corporation System
5615 Corporate Drive, Ste. 400B
Baton Rouge, LA 70808

FEDERAL INSURANCE COMPANY
Through the Louisiana Secretary of State
3851 Essen Lane
Baton Rouge, LA 70804-9125

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2009-11342   DIVISION "C"

FILED

ROSELLE JONES

Versus

CHUBB & SON, INC. AND FEDERAL INSURANCE COMPANY

FILED:_____   _____
                                  DEPUTY CLERK

### CONSENT MOTION FOR EXTENSION OF TIME

Defendants, Federal Insurance Company and Chubb & Son, Inc. (together "Federal") hereby move for an extension of time within which to respond to the above-referenced Petition through and including December 4, 2009, on the following grounds:

1.

The plaintiff served her Petition on Federal on November 4, 2009, thereby making responsive pleadings due November 19, 2009.

2.

Undersigned counsel recently received the Petition and has not had sufficient time to formulate a response.

3.

Federal would like to respond adequately, but needs additional time to respond.

4.

Undersigned counsel has contacted counsel for Plaintiff, who has no objection to a thirty (30) day extension of time to answer.

5.

147100

Federal requests that this Court grant it a thirty (30) day extension of time within which to file responsive pleadings. This extension will not unduly delay the determination of this case. Federal appears herein solely for purposes of this Motion for Extension of Time and reserves all jurisdictional and other objections and exceptions to plaintiff's Petition.

Respectfully Submitted,

_____
Steven W. Usdin, 12986
John W. Joyce, 27525
Madeline M. Chimento, 32390
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Federal Insurance Company and Chubb & Son, Inc.*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Consent Motion for Extension of Time has been served upon all parties of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 17th day of November, 2009.

_____

147100

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2009-11342                                          DIVISION "C"

ROSELLE JONES

Versus

CHUBB & SON, INC. AND FEDERAL INSURANCE COMPANY

FILED:_____          _____
                                          DEPUTY CLERK

### ORDER

Considering the foregoing Consent Motion for Extension of Time:

**IT IS ORDERED** that Defendants, Federal Insurance Company and Chubb & Son, Inc. (together "Federal") be and hereby are granted an extension of time, through and including December 4, 2009, within which to respond to the Petition.

New Orleans, Louisiana, this ___19___ day of November, 2009.

_____
JUDGE

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILED

NO.: 2009-11342                                     DIVISION: "C" P 3:42

ROSELLE JONES

CIVIL DISTRICT COURT

Versus

CHUBB & SON, INC. AND FEDERAL INSURANCE COMPANY

FILED:_____     _____
                                              DEPUTY CLERK

## REQUEST FOR NOTICE

Defendants, Federal Insurance Company and Chubb & Son, Inc. (together "Federal") pursuant to Louisiana Code of Civil Procedure article 1572, moves this Court for written notice ten (10) days in advance of the date fixed for a trial or hearing of any exception, motion, rule or trial on the merits in the above captioned proceeding and, pursuant to Louisiana Code of Civil Procedure articles 1913 and 1914, requests immediate notice of all interlocutory and final orders and judgments on any exceptions, motions, rules, or the trial on the merits in the above-captioned proceeding.

Respectfully Submitted,

_____
Steven W. Usdin, 12986
John W. Joyce, 27525
Madeline M. Chimento, 32390
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Federal Insurance Company and Chubb & Son, Inc.*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Request for Notice has been served upon all parties of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 17th day of November, 2009.

_____

147133



| Paper Information | | | |
|---|---|---|---|
| Serial # | 2 | Date | 10/28/2009 |
| Code | C/P | Returned | Yes |
| Name | FEDERAL INSURANCE CO | Description | Citation & Petition |
| Address | SECT OF STATE BATON ROUGE, LA | Deputy | East Baton Rouge, Sheriff of |

| Return Information | | | |
|---|---|---|---|
| Date | 11/4/2009 | Deputy | East Baton Rouge, Sheriff of |
| Returned | Yes | Status | PERS |
| Address | SECT OF STATE BATON ROUGE, LA | | |
| Comments | THRU JULIE NESBITT | | |

Back to Service Detail

*- Click the drill down icon to view detailed return information*

### Service Detail

| | | | |
|---|---|---|---|
| Serial # | 1 | Date Released for Service | 10/28/2009 |
| Service Code | C/P | Amount | $20.00 |
| Description | Citation & Petition | Balance Due | $0.00 |
| Attorney | Moore, Diana | | |

### Paper Information

| | | | |
|---|---|---|---|
| Name | CHUBB & SON INC | Street | CT CORP |
| Assigned Deputy | East Baton Rouge, Sheriff of | City | BATON ROUGE |
| Due Date | | State | LA |
| Returned | Yes | Zip | |

### Returns

| Date | Time | Returned | Status | Deputy | Address Served | Comm |
|---|---|---|---|---|---|---|
| 11/4/2009 | | Yes | Personal | East Baton Rouge, Sheriff of | CT CORP BATON ROUGE, LA | THRU UTTEC |

Back to Case Summary

**Paper Information**
Serial #   1
Code      C/P
Name      CHUBB & SON INC
Address   CT CORP BATON ROUGE, LA

Date          10/28/2009
Returned      Yes
Description   Citation & Petition
Deputy        East Baton Rouge, Sheriff of

**Return Information**
Date       11/4/2009              Deputy   East Baton Rouge, Sheriff of
Returned   Yes                    Status   PERS
Address    CT CORP BATON ROUGE, LA
Comments   THRU LISA UTTECH

Back to Service Detail