UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSELLE JONES | * | CIVIL ACTION NO.  09-7516 |
| | * | |
| VERSUS | * | JUDGE BARBIER |
| | * | |
| CHUBB & SON, INC. AND FEDERAL INSURANCE COMPANY | * | MAGISTRATE WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FEDERAL INSURANCE COMPANY'S
PRELIMINARY WITNESS LIST**

Pursuant to the Scheduling Order entered August 30, 2013 (rec. doc. 34), Federal Insurance Company ("Federal") provides this preliminary witness list. In light of the fact that the parties have not yet fully exchanged written discovery or taken depositions and that Federal's deadline to produce expert reports is March 21, 2014 (rec. doc. 40), Federal notes that this witness list is preliminary only, and will be updated as the litigation progresses.  At this time, and subject to information later obtained in discovery, Federal may call the following witnesses at trial:

1. Larry Olson
2. D. Kelly Lewis
3. Richard Huss
4. John Machin
5. Douglas Mayo
6. Jason Nix
7. Joseph K. Opperman
8. Wayne M. Regis
9. Harry Mendoza
10. Rachel Castlebury

11. Kesha Costello

12. Frank Stuart, Jr.

13. Lee Jones

14. Roselle Jones

15. Representatives of federal and state investigators regarding their investigation of the fire damage to Jones' parties.

16. Any expert witness designated in accordance with the Scheduling Order

17. Any witness identified in statements or reports taken in connection with the adjustment of plaintiff's claim

18. Any witness identified in discovery

19. Any witness listed or deposed by plaintiff

20. Any witness necessary to authenticate a document

21. Any witness necessary for impeachment or rebuttal

Discovery remains open in this matter, and Federal reserves the right to list witnesses based upon information received throughout the remainder of discovery.

                          Respectfully submitted,

                          */s/John W. Joyce*
                          Steven W. Usdin, 12986
                          John W. Joyce, 27525
                          Erica A. Therio, 34115
                          BARRASSO USDIN KUPPERMAN
                            FREEMAN & SARVER, L.L.C.
                          909 Poydras Street, 24th Floor
                          New Orleans, Louisiana 70112
                          Telephone: 504/589-9700
                          Facsimile: 504/589-9701

                          *Attorneys for Federal Insurance Company*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2014 I electronically filed the foregoing Federal Insurance Company's Preliminary Witness List with the Clerk of Court by using the CM/ECF system, which will send a notice of filing to all CM/ECF participants and, by United States mail, postage prepaid, to non-CM/ECF participants.

                                                */s/ John W. Joyce*

{943523_1}